IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAILA RIVERA,

    Petitioner,

v.                                                     Civ. No. 16-286 WJ/GBW

MONICA WETZEL,

    Respondent.

## MEMORANDUM OPINION AND ORDER DISMISSING CASE
## WITHOUT PREJUDICE

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed on June 23, 2016 (*Doc. 7*) ("PFRD"). In his PFRD, the Honorable Gregory B. Wormuth, United States Magistrate Judge, found that Petitioner Shaila Rivera's federal habeas application contains only unexhausted claims. *See* PFRD at 4-9. Judge Wormuth recommended that the Court dismiss the Petition without prejudice. *See* PFRD at 9.

To date, Petitioner has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered. Upon review of the record, the Court concurs with the Magistrate Judge's conclusions in the PFRD.

Wherefore, IT IS HEREBY ORDERED that the PFRD (*doc. 7*) is ADOPTED and that the petition is DISMISSED without prejudice.  A final order dismissing the case will be filed herewith.

_____
UNITED STATES DISTRICT JUDGE